ASTON, Respondent, v. COHEN, Appellant. (Supreme Court, Appellate Division, Second Department. March 28, 1913.) Action by William K. Aston against Rudolph Cohen. No opinion. Order affirmed, with $10 costs and disbursements.

In re ATKINS. (Supreme Court, Appellate Division, Second Department. March 28, 1913.) In the matter of John H. Atkins, an attorney. No opinion. Motion granted, and matter referred to Hon. Josiah T. Marean, official referee, to take proofs and report, with his opinion. See, also, 151 App. Div. 919, 136 N. Y. Supp. 1130.

AUS, Respondent, v. WING, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by Gunwald Aus against Daniel E. Wing. No opinion. Judgment of the County Court of Kings County affirmed, with costs.

AVERY, Respondent, v. MEYER, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 25 1913.) Action by Brainard Avery against Cord A. Meyer, impleaded with others. R. H. Elder, of New York City, for appellant. I. J. Kresel, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

AYRES, Appellant, v. WILLISTON et al., Respondents. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by Asher Ayres, as executor, etc., against James R. Williston and others. C. W. Zaring, of New York City, for appellant. W. F. Taylor, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

BAAR v. MOAK. (Supreme Court, Appellate Division, Second Department. March 28, 1913.) Action by Rudolph F. Baar against Clayton L. Moak. No opinion. Order affirmed, with $10 costs and disbursements.

BACHRACH et al., Appellants, v. HEASE-LIPPMAN CONST. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Harry Bachrach and another against the Hease-Lippman Construction Company. I. Cohen, of New York City, for appellants. M. T. Loebl, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted. Order filed.

BAISELEY et al., Appellants, v. MILLER, Respondent. (Supreme Court, Appellate Division, First Department. May 9, 1913.) In the matter of Albert H. Baiseley and another against Cyrus C. Miller, as president, etc. J. M. Mandelbaum, of New York City, for appellants. C. J. Nehrbas, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BALDWIN v. AMERICAN FINANCE & SECURITIES CO. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Action by Lilla M. Baldwin against the American Finance & Securities Company. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 141 N. Y. Supp. 1108..

BALDWIN, Appellant, v. AMERICAN FINANCE & SECURITIES CO., Respondent. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Lilla M. Baldwin against the American Finance & Securities Company. J. A. Allen, of New York City, for appellant. H. Jones, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 141 N. Y. Supp. 1108.

BALDWIN, Respondent, v. AMERICAN FINANCE & SECURITIES CO., Appellant. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Lilla M. Baldwin against the American Finance & Securities Company. J. A. Allen, of New York City, for appellant. B. F. Spellman, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 141 N. Y. Supp. 1108.

BARNETT v. ANHEUSER-BUSCH AGEN CY. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by George S. Barnett against the Anheuser-Busch Agency. No opinion. Application granted. Order signed. See, also, 140 N. Y. Supp. 1029.

BARNEY et al. v. HOYT et al. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Action by Ashbel Barney and others against Henry R. Hoyt and others. PER CURIAM. Motion granted on term stated in opinion. Settle order on notice. See also, 152 App. Div. 884, 136 N. Y. Supp. 1130

BATAVIA & NEW YORK WOODWORK ING CO., Respondent, v. HOPPER, Appellant (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Action by the Batavia & New York Woodworking Company against Thomas T. Hopper. No opinion. Judgment affirmed, with costs.

BAUER et al., Respondents, v. STRAUSS al., Appellants. (Supreme Court, Appellate Division, First Department. May 2, 1913.) Action by Carl Bauer and another against Nathan Strauss and another. H. B. Goodstein, of New York City, for appellants. L. Zinke, of New York City, for respondents. No opinion. Determination affirmed, with costs. Order file

BEENY, Respondent, v. TEMPLETON, Appellant (Supreme Court, Appellate Division, Third Department. May 13, 1913.) Summary proceedings by Charles Beeny, agent, against Charles B. Templeton. No opinion. Motion denied. See, also, 140 N. Y. Supp. 1109.